# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DUFFY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAXWELL TECHNOLOGIES, INC., et al.<br><br>Defendants. | CASE NO. 19cv1094-LAB (JLB)<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD COUNSEL [Dkt. 12]** |

James Duffy moves for (1) consolidation of related actions, (2) appointment as lead plaintiff, and (3) for approval of his counsel, Monteverde & Associates, as lead counsel. Oppositions to that motion were due August 28, 2019, but none were filed. It is **ORDERED** that:

1. The Motion, (Dkt. 12), is **GRANTED**;

2. This action and *Mantak v. Maxwell Technologies, Inc.*, 19-cv-451-LAB (JLB), are **CONSOLIDATED FOR ALL PURPOSES**. All future documents related to either action shall be filed only in this case, *Duffy v. Maxwell Technologies, Inc.*, 19-cv-1094-LAB (JLB).

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), **APPOINTS** James Duffy as Lead Plaintiff;

- 1 -

4. The Court, pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v), **APPROVES** James Duffy's selection of Monteverde & Associates as Lead Counsel for the class;

5. The hearing currently set for October 7, 2019 is **VACATED**; and

6. The clerk is directed to file a copy of this order in *Mantak v. Maxwell Technologies, Inc.*, 19-cv-0451-LAB (JLB).

**IT IS SO ORDERED**.

Dated: September 4, 2019

*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge