# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DUFFY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAXWELL TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 19cv1094-LAB (AHG)<br><br>**ORDER OF DISMISSAL;**<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [Dkt. 18]** |

Plaintiff James Duffy moves to voluntarily dismiss this action without prejudice. Although Defendants have filed a motion to dismiss, (Dkt. 18), they have not filed an answer or motion for summary judgment, and Plaintiff therefore retains the right to unilaterally dismiss the action. *See Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). This action is **DISMISSED WITHOUT PREJUDICE**. Defendants' Motion to Dismiss is **DENIED AS MOOT**. Dkt. 18. The hearing currently scheduled for April 13, 2020 is **VACATED**.

**IT IS SO ORDERED**.

Dated: February 4, 2020

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -